# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ALONZO WATSON,**                                                                        **PLAINTIFF**
**ADC #140015**

v.                     **CASE NO. 4:19-CV-00081 BSM**

**BLACKERBY, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE