# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ALONZO WATSON,                                                                PLAINTIFF
ADC #140015

v.                         CASE NO. 4:19-CV-00081 BSM

BLACKERBY, et al.                                                 DEFENDANTS

## **AMENDED JUDGMENT**

Consistent with the order entered on February 8, 2019, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of February 2019.

 

_____
UNITED STATES DISTRICT JUDGE